

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

ENTERED
08/25/2010

IN RE: §

CASING SERVICES & EQUIPMENT §
§

Case No. 10-36130-H1-11
Chapter 11

## SUPPLEMENTAL ORDER

On oral motion of CASING SERVICES & EQUIPMENT, INC. and with the consent of JP Morgan Chase Bank, N.A., the Debtor is authorized to sell the equipment set out as Exhibit "A" free and clear of all liens for the price set out therein and to use the sale proceeds to pay insurance costs; it is further

ORDERED that the Debtor is authorized to accept a loan from Andra Vanarsdel in the amount of $45,000 to assist the Debtor in purchasing general liability insurance, workers compensation insurance and business asset insurance. It is further

ORDERED that JP Morgan Chase Bank, N.A. shall be listed as the primary Loss Payee on the insurance policy and Ms. Andra Vanarsdel shall be listed as having a junior lien against the Debtor's insurance policy. It is further ORDERED that the U.S. Trustee shall be named on the insurance policy for notice purposes only.

SIGNED this   25   day of August, 2010.

MARVIN ISGUR
CHIEF UNITED STATES BANKRUPTCY JUDGE

1

# Quotation
## #071001



Casing Services & Equipment, Inc.
PO Box 691770
Houston, TX 77269-1770
Phone: 281-590-7303
Fax: 281-590-5699

Date: August 18, 2010
Quote:

To: Larry C. Johnson
Loomis International
PO Box 6408
Pasadena, TX 77506-0408

| Qty | Item # | Description | Final Offer | | Price | |
|---|---|---|---|---|---|---|
| 1.00 | 234 | 6 Cylinder Deutz Diesel Power Unit** (xxxxxxx) F6L914 | $ | 10,000.00 | $ | 10,000.00 |
| 1.00 | 391 | 6 Cylinder Deutz Diesel Power Unit** (8624167) F6L913 | $ | 10,000.00 | $ | 10,000.00 |
| 1.00 | 390 | 6 Cylinder Deutz Diesel Power Unit** (8650587) F6L913 | $ | 7,500.00 | $ | 7,500.00 |
| 1.00 | 392 | 6 Cylinder Deutz Diesel Power Unit** (8650972) F6L913 | $ | 7,500.00 | $ | 7,500.00 |
| 1.00 | 382 | 4 Cylinder Deutz Diesel Power Unit** (8739413) F4L914 | $ | 10,000.00 | $ | 10,000.00 |
| 1.00 | 380 | 4 Cylinder Deutz Diesel Power Unit** (8228707) F4L912 | $ | 10,000.00 | $ | 10,000.00 |

** all units are sold as is where is

Loomis' offer is a cash price offer & is subject to a finalized definitive sales agreement and the approval of Loomis International, Inc., counsel, and the Bankruptcy Court.

LOOMIS INTERNATIONAL, INC.

By: _____
Larry C. Johnson, President & C.E.O.

Date: August 18, 2010

| | | |
|---|---|---|
| Subtotal | $ | 55,000.00 |
| Sales Tax | | 4,537.50 |
| Total | $ | 59,537.50 |