```
Label Matrix for local noticing          Casing Services & Equipment, Inc.        Estate of Thomas Ray Tubbs, Sr.
0541-4                                   P.O. Box 691770                          Britt & Catrett, P.C.
Case 10-36130                            Houston, TX 77269-1770                   4615 SW Fwy Suite 500
Southern District of Texas                                                        Houston, TX 77027-7106
Houston
Mon Aug 16 19:24:12 CDT 2010

Harris County, et al                     JPMorgan Chase                           4
Linebarger Goggan Blair & Sampson LLP    c/o Bruce J. Ruzinsky                    United States Bankruptcy Court
c/o Tara L. Grundemeier                  Jackson Walker LLP                       PO Box 61010
P.O. Box 3064                            1401 McKinney, Suite 1900                Houston, TX 77208-1010
Houston, Tx 77253-3064                   Houston, TX 77010-1900

AFLAC                                    Access Medical Center - Tricity          Airgas - HST U6833
1932 Wynnton Road                        P.O. Box 891860      mm02                P.O. Box 676031
Columbus, GA 31999-0002                  Oklahoma City, OK 73189-1860             Dallas, TX 75267-6031

Airgas - OK QTT31                        Airgas - RTX WKU43                       Aldine ISD - Tax Office
P.O. Box 676015                          P.O. Box 676031                          14909 Aldine Westfield
Dallas, TX 75267-6015                    Dallas, TX 75267-6031                    Houston, TX 77032-3027

Allis-Chalmers Tubular Service           Andra Vanarsdel                          Beckham County Treasurer
251 Rousseau Road                        P.O. Box 691770                          P.O. Box 600
Youngsville, LA 70592-5252               Houston, TX 77269-1770                   Sayre, OK 73662-0600

Blue Cross Blue Shield of Texas          Bolts & Nuts Plus                        Bunker Steel Corporation
P.O. Box 660049                          P.O. Box 670606                          1225 North Loop West, Suite 770
Dallas, TX 75266-0049                    Houston, TX 77267-0606                   Houston, TX 77008-1756

CI Machine                               Chase Card Services                      Cintas First Aid & Safety - OK
15220 Yarberry                           P.O. Box 94014                           45 N. E. 42nd
Houston, TX 77032-2732                   Palatine, IL 60094-4014                  Oklahoma City, OK 73105-2202

Commerce and Industry Insurance          Connection Technology, LLC               DXP-Safey International
Company                                  1105 Peters Road                         P.O. Box 201791
c/o Mr. Christopher J. Jameson, Attorney Harvey, LA 70058-1716                    Dallas, TX 75320-1791
3890 West Northwest Highway, Suite 600
Dallas, TX 75220-5236

Davis-Lynch, Inc.                        De Lage Landen Financial Services, Inc.  Dell Business Credit
P.O. Box 262326                          P.O. Box 41602                           P.O. Box 5275
Houston, TX 77207-2326                   Philadelphia, PA 19101-1602              Carol Stream, IL 60197-5275

DepoTexas                                Devin Rental Tools, Inc.                 Dixie Cafe & Catering Service
13101 Northwest Freeway, Suite 210       P.O. Drawer 80859                        2219 Perryton Parkway
Houston, TX 77040-6315                   Lafayette, LA 70598-0859                 Pampa, TX 79065-3522
```

| | | |
|---|---|---|
| E.M. Blue's Son's, Inc.<br>P.O. Box 9521<br>Houston, TX 77261-9521 | EWRC, Inc.<br>P.O. Box 75149<br>Oklahoma City, OK 73147-0149 | Eckel Manufacturing Co.<br>P.O. Box 1375<br>Odessa, TX 79760-1375 |
| Edwards Wire and Rope<br>P.O. Box 75149<br>Oklahoma City, OK 73147-0149 | Estate of Thomas Ray Tubbs, Sr.<br>c/o Mr. Jeffrey W. Steidley<br>Attorney at Law<br>3000 Weslayan Street, Suite 200<br>Houston, TX 77027-5741 | Estate of Thomas Ray Tubbs, Sr.<br>c/o Mr. Leonard Peters<br>Attorney at Law<br>425 Spring Street<br>Columbus, TX 78934-2459 |
| Estate of Thomas Ray Tubbs, Sr.<br>c/o Mr. William Daniel Elsom<br>Elsom & Murphy, L.L.P.<br>1800 Bering, suite 825<br>Houston, TX 77057-3415 | Everbank f/k/a Tygris Vender Finance<br>Dept. 1608<br>1700 Lincoln Street, Lower Level 3<br>Denver, CO 80203-4500 | Express Energy Services<br>P.O. Box 975401<br>Dallas, TX 75397-5401 |
| Forum Oilfield Tech US, Inc.<br>P.O. Box 4346<br>Houston, TX 77210-4346 | Fuelman<br>P.O. Box 105080<br>Atlanta, GA 30348-5080 | Gill Services, Inc.<br>650 Aldine Bender<br>Houston, TX 77060-4599 |
| Glen Rose Medical<br>P.O. Box 2099<br>Glen Rose, TX 76043-2099 | Great Plains Regional Medical Center<br>P.O. Box 2339<br>Elk City, OK 73648-2339 | Groves Industrial<br>7301 Pinemont Drive<br>Houston, TX 77040-6607 |
| Harris County, et al<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>P.O. Box 3064<br>Houston, Texas 77253-3064 | Harris County, et al<br>c/o Mr. Leo Vasquez<br>Tax Assessor-Collector<br>P.O. Box 4622<br>Houston, TX 77210-4622 | Holloway - Houston<br>5833 Armour Drive<br>Houston, TX 77020-8195 |
| Holloway Drilling Equipment<br>P.O. Box 157<br>Broussard, LA 70518-0157 | Hydradyne Hydraulics, LLC<br>P.O. Box 974799<br>Dallas, TX 75397-4799 | Industrial Specialties<br>P.O. Box 269049<br>Oklahoma City, OK 73126-9049 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Internal Revenue Service<br>c/o United States Attorney<br>Southern District of Texas<br>P.O. Box 61129<br>Houston, TX 77208-1129 | JPMorgan Chase Bank, N.A.<br>Collateral Management Small Business<br>P.O. Box 33035<br>Louisville, KY 40232-3035 |
| JPMorgan Chase Bank, N.A.<br>Collateral Management Small Business<br>P.O. Box 4660<br>Houston, TX 77210-4660 | JPMorgan Chase Bank, N.A.<br>c/o Mr. Bruce J. Ruzinsky<br>Jackson Walker, L.L.P.<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010-1900 | JPMorgan Chase Bank, N.A.<br>c/o Mr. Steven VanKlompenberg,<br>201 N. Central Avenue, 17th Floor<br>Mail Code AZ1-1025<br>Phoenix, AZ 85004-1000 |
| KGM Express, Inc.<br>P.O. Box 840471<br>Houston, TX 77284-0471 | Knight Oil Tools<br>P.O. Box 53883<br>Lafayett, LA 70505-3883 | L&R Tire (Truck Stop)<br>P.O. Box 1127<br>Elk City, OK 73648-1127 |

| | | |
|---|---|---|
| L. Klein and Company, P.C.<br>1427 Keefer Road<br>Tomball, TX 77375-4225 | Leonard Peters<br>Attorney at Law<br>425 Spring Street<br>Columbus, TX 78934-2459 | Mark A. Junell<br>Sander & Junell, P.C.<br>3900 Essex Lane, Suite 390<br>Houston, TX 77027-5265 |
| Mark A. Peyton<br>602 Casa Linda<br>Ennis, TX 75119-7602 | Mark E. Peyton<br>602 Casa Linda<br>Ennis, TX 75119-7602 | Martin Fluid Power<br>6130 Westview Drive<br>Houston, TX 77055-5422 |
| Masthead Hose & Supply<br>P.O. Box 861777<br>Orlando, FL 32886-0001 | McCauley Lumber Co.<br>626 Aldine Bender<br>Houston, TX 77060-4598 | Napa - OK<br>716 W. 3rd Street<br>Elk City, OK 73644-5208 |
| North Houston Trailer & Truck<br>Supply, Inc.<br>14429 Aldine Westfield<br>Houston, TX 77039-1202 | OCE Financial Services<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | OCE North America/<br>OCE Imagistics, Inc.<br>P.O. Box 856193<br>Louisville, KY 40285-6193 |
| OCE North America/<br>OCE Imagistics, Inc.<br>c/o RMS<br>P.O. Box 523<br>Richfield, OH 44286-0523 | Offshore Energy Services, Inc.<br>P.O. Box 53508<br>Lafayette, LA 70505-3508 | Oil Center Research of OK, LLC<br>P.O. Box 92615<br>Lafayette, LA 70509-2615 |
| Oil Center Research of Texas, LLC<br>P.O. Box 92615<br>Lafayette, LA 70509-2615 | Oklahoma Employment Security<br>Commission<br>P.O. Box 52925<br>Oklahoma City, OK 73152-2925 | Oklahoma Tax Commission<br>P.O. Box 26860<br>Oklahoma City, OK 73126-0860 |
| PBA Supply, Inc.<br>P.O. Box 11316<br>Odessa, TX 79760-8316 | Parkview Hospital<br>P.O. Box 1030<br>Wheeler, TX 79096-1030 | Pecan Creek Catering<br>604 N. Cook Street<br>Cordell, OK 73632-3402 |
| Phillip Jay Ruiz<br>c/o Mr. Richard E. Ward<br>Attorney at Law<br>1220 N. Main, Suite 303<br>Fort Worth, TX 76164-9100 | Pumpelly Oil Company, LLC<br>P.O. Box 2059<br>Sulphur, LA 70664-2059 | Ram Products, Inc.<br>P.O. Box 821159<br>Fort Worth, TX 76182-1159 |
| Shanda, L.L.P.<br>13603 Pegasus Road<br>Cypress, TX 77429-5186 | Shane Tubbs<br>840 Aldine Bender<br>Houston, TX 77032-2702 | Shane Tubbs<br>c/o Mr. William Daniel Elsom<br>Elsom & Murphy, L.L.P.<br>1800 Bering, suite 825<br>Houston, TX 77057-3415 |
| Sharon Tubbs<br>840 Aldine Bender<br>Houston, TX 77032-2702 | Sharon Tubbs<br>c/o Mr. William Daniel Elsom<br>Elsom & Murphy, L.L.P.<br>1800 Bering, suite 825<br>Houston, TX 77057-3415 | Shell (M) Commercial/Citi Oil<br>P.O. Box 9010<br>Des Moines, IA 50368-9010 |

| | | |
|---|---|---|
| Shell (M) Commercial/Citi Oil<br>c/o Pro Consulting Services, Inc.<br>P.O. Box 66768<br>Houston, TX 77266-6768 | Sherwin-Williams<br>11316 North Freeway<br>Houston, TX 77037-1087 | Steve's Diesel & Truck Service<br>P.O. Box 166<br>Elk City, OK 73648-0166 |
| Strackbein Machine Co., Inc.<br>11959 Laurel Meadow Drive<br>Tomball, TX 77377-8586 | Subelt Industrial Trucks<br>1617 Terre Colony Court<br>Dallas, TX 75212-6222 | T&W Tire<br>P.O. Box 974474<br>Dallas, TX 75397-4474 |
| TAM International<br>P.O. Box 973935<br>Dallas, TX 75397-3935 | TC Die & Inserts<br>1014 Courtesy Road<br>Houston, TX 77032-2806 | TEQSYS, Inc.<br>7301 Burnet Road, Suite 102-515<br>Austin, TX 78757-2250 |
| TESCO Services, Inc.<br>P.O. Box 203408H<br>Houston, TX 77216-3408 | TI Oilfield Tools, Inc.<br>13827 W. Hardy<br>Houston, TX 77060-5302 | Teletrac, Inc.<br>P.O. Box 51341<br>Los Angeles, CA 90051-5641 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Texas Workforce Commission<br>P.O. Box 149037<br>Austin, TX 78714-9037 |
| Texas Workforce Commission<br>c/o Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 | The Ace USE<br>c/o RMS<br>P.O. Box 4647<br>Timonium, MD 21094-4647 | Thomas Ray Tubbs, Jr.<br>840 Aldine Bender<br>Houston, TX 77032-2702 |
| Thomas Ray Tubbs, Jr.<br>c/o Mr. William Daniel Elsom<br>Elsom & Murphy, L.L.P.<br>1800 Bering, suite 825<br>Houston, TX 77057-3415 | Thompson & Knight, L.L.P.<br>333 Clay Street, Suite 3300<br>Houston, TX 77002-4499 | Tim's Trucking, LLC<br>P.O. Box 340<br>Elk City, OK 73648-0340 |
| UA Healthworks<br>P.O. Box 404974<br>Atlanta, GA 30384-4974 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Vanarsdel Family Partnership<br>13603 Pegasus<br>Cypress, TX 77429-5186 |
| Waste Disposal Services<br>P.O. Box 1148<br>Lexington, OK 73051-1148 | Margaret Maxwell McClure<br>Attorney at Law<br>909 Fannin<br>Suite 3810<br>Houston, TX 77010-1030 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service              (d)Internal Revenue Service            (d)Internal Revenue Service
P.O. Box 21126                        Special Procedures Branch              c/o United States Attorney General
Philadelphia, PA 19114                Insolvency Section II (7,11)           U.S. Department of Justice
                                      1919 Smith Street, Stop 5025HOU        10th & Constitution, N.W.
                                      Houston, TX 77002                      Washington, D.C. 20530

Texas Comptroller of Public Accounts
111 E. 17th Street
Austin, TX 78774-0100
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Casing Services & Equipment, Inc.    End of Label Matrix
P.O. Box 691770                         Mailable recipients   115
Houston, TX 77269-1770                  Bypassed recipients     1
                                        Total                 116
```