IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| CASING SERVICES & | § | 10-36130-H1-11 |
| EQUIPMENT, INC., | § | |
|     DEBTOR | § | Chapter 11 |

## ORDER

CASING SERVICES & EQUIPMENT, INC., Debtor, shall have through and including June 30, 2011, to file its small business disclosure statement and plan of reorganization.

SIGNED _____, 2011.

_____
MARVIN ISGUR
CHIEF UNITED STATES BANKRUPTCY JUDGE