Case 10-36130   Document 129   Filed in TXSB on 04/28/11   Page 1 of 1



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/28/2011

| | | |
|---|---|---|
| IN RE: | § | Case No. 10-36130 |
| CASING SERVICES & EQUIPMENT, | § | Chapter 11 |
| INC., | § | |
| Debtor(s). | § | Judge Isgur |

## ORDER SETTING HEARING AND
## DOCKET CONTROL ORDER REGARDING CONTINUANCES

### Setting

A hearing will be conducted at **9:00 am on May 10, 2011,** in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas, to consider Emergency Motion to Extend Deadline (Doc. #128). The Court will consider evidence and arguments, as appropriate. Within two business days of receipt of this notice, the movant shall serve a copy of this notice on all parties entitled to notice of the hearing and file a certificate of service with the Court.

### CONTINUANCES

The Court has set the hearing with a sufficient time to allow discovery regarding disputed factual matters. If additional time for discovery is required, then a continuance must be sought within 20 days of entry of this order. If the parties are in agreement, they should contact the Court's case manager within the first 20 days to reschedule the hearing. If the parties are not in agreement, then a motion for continuance must be filed.

If a continuance is not sought within the first 20 days after entry of this order, then parties requesting a continuance will be required to file a motion and demonstrate exigent circumstances that justify a continuance. **Continuances will not be freely granted. If a continuance has not been granted, then parties must appear at the scheduled hearing with evidence. Continuances will not be granted on oral motions made at the schedule hearing.**

SIGNED **April 28, 2011.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

1 / 1