UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: Casing Services & Equipment, Inc.

Case No.: 10-36130

Debtor(s)

Chapter: 11

## NOTICE REGARDING HEARING

PLEASE TAKE NOTICE THAT THE HEARING ON THE MATTER REFERENCED BELOW IS NOW SCHEDULED AS FOLLOWS:

**Before Judge Marvin Isgur.**

PLACE:

United States Bankruptcy Court
515 Rusk Avenue, **Courtroom #404**
Houston, Texas, 77002

DATE: **5/13/11 09:00 AM**

TYPE OF PROCEEDING:

*127* – Motion for Relief from Stay . Receipt Number 0, Fee Amount $150. Filed by Creditor Philip Jay Ruiz (Attachments: # (1) Proposed Order) (aboy)

The clerk is providing notice of this order. No further notice is required.

Dated: 4/28/11

David J. Bradley
Clerk of Court