B6D (Official Form 6D) (12/07)

In re  **Casing Services & Equipment, Inc.**                            .          Case No.   **10-36130-H1-11**
                                    Debtor                                                                    (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐       Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Aldine ISD - Tax Office**<br>**14909 Aldine Westfield**<br>**Houston, TX 77032** | | | 11/06/2009<br>**Property Taxes**<br>**Business personal property taxes owed**<br><br>**VALUE $0.00** | | | | 11,253.91 | 11,253.91 |
| ACCOUNT NO.<br><br>**Beckham County Treasurer**<br>**P.O. Box 600**<br>**Sayre, OK 73662** | | | 12/31/2009<br>**Property Taxes**<br>**Property taxes for 2009**<br><br>**VALUE $0.00** | | | | 7,667.00 | 7,667.00 |
| ACCOUNT NO.   ...4252<br><br>**De Lage Landen Financial Services, Inc.**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101-1602** | | | **Lease Agreement**<br>**Unexpired lease of copier machine (IMAGIS/FX3000, SN: 556827110604) - Description: Complete CM251025 PPM Color 25 PPM BW MPP Package) - Lawsuit**<br><br>**VALUE: Unknown** | | | X | 29,243.40 | 0.00 |
| ACCOUNT NO.   ...155-1<br><br>**De Lage Landen Financial Services, Inc.**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101-1602** | | | 03/10/2008<br>**Lease Agreement**<br>**Unexpired lease of copier machine (IMAGEIS/FX 3000, SN: 556847110607)**<br><br>**VALUE: Unknown** | | | X | Unknown | 0.00 |

5      continuation sheets
        attached

Subtotal  ➤
(Total of this page)

$     48,164.31  $     18,920.91

Total  ➤
(Use only on last page)

$             $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Casing Services & Equipment, Inc.**          Case No.   **10-36130-H1-11**

                                   Debtor                                                   (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ...7446<br><br>Everbank f/k/a Tygris Vender Finance<br>Dept. 1608<br>1700 Lincoln Street, Lower Level 3<br>Denver, CO 80203 | | | 07/07/2010<br>**Lease Agreement**<br>**Unexpired lease of surveillance equipment**<br><br>VALUE $0.00 | | | X | 1,090.12 | 0.00 |
| ACCOUNT NO.   ...4298<br><br>Everbank f/k/a Tygris Vender Finance<br>Dept. 1608<br>1700 Lincoln Street, Lower Level 3<br>Denver, CO 80203 | | | 07/22/2010<br>**Lease Agreement**<br>**Unexpired lease of surveillance equipment**<br><br>VALUE $0.00 | | | X | 935.96 | 0.00 |
| ACCOUNT NO.   ...7444<br><br>Everbank f/k/a Tygris Vender Finance<br>Dept. 1608<br>1700 Lincoln Street, Lower Level 3<br>Denver, CO 80203 | | | 07/07/2010<br>**Lease Agreement**<br>**Unexpired lease of surveillance equipment**<br><br>VALUE $0.00 | | | X | 794.22 | 0.00 |
| ACCOUNT NO.   ...9937/...9954<br><br>Harris County, et al<br>c/o Ms. Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson<br>P.O. Box 3064<br>Houston, TX 77253-3064<br><br>Harris County, et al<br>c/o Mr. Leo Vasquez<br>Tax Assessor-Collector<br>P.O. Box 4622<br>Houston, TX 77210-4622 | | | **Property Taxes**<br>**Estimated property taxes owed for 2010**<br><br>VALUE $0.00 | | | | 8,117.32 | 0.00 |

Sheet no.  1 of  5 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  10,937.62 | $  0.00 |
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Casing Services & Equipment, Inc.** _____ .        Case No.  **10-36130-H1-11** _____

_____**Debtor**_____                                (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    ...5010 | | | | | | | 148,871.83 | 0.00 |
| JPMorgan Chase Bank, N.A. c/o Mr. Bruce J. Ruzinsky Jackson Walker, L.L.P. 1401 McKinney Street, Suite 1900 Houston, TX 77010 | | | **Security Agreement Vehicles with Chase Liens -** <br><br> **2008 Chevrolet Silverado (P-100, SN: 2GCEK13C381309408, 69,832 Miles - Value - $17625.00** <br><br> **2008 Chevrolet Silverado (P-101, SN: 2GCEK13C581323567, 76,046 Miles) Value - $17,625.00** <br><br> **2008 Chevrolet Silverado (P-92, SN: 2GCEK1388G241176, 41,044 Miles) Value - $24,000.00** <br><br> **2008 Chevrolet Silverado (P-94, SN: 2GCEK13C481285717, 96,919 Miles)  Value - $14,800.00** <br><br> **2008 Chevrolet Silverado (P99, SN: 2GCEK13CX81311219, 83,207 Miles) Value - $12,500.00** <br><br> **2008 Chevrolet Silverado (P93, SN: 2GCEK13C081247501, 80773 Miles) Value - $12,500.00** <br><br> **2008 Chevrolet Silverado (P-95, SN: 2GCEK13C781263081, 82,281 Miles) Value - $12,500.00** <br><br> **2008 Chevrolet Silverado (P-96, SN: 2GCEK13C481107547, 68,661 Miles)** | | | | | | |

Sheet no. _2_ of _5_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

$    159,809.45     $         0.00

Total ➤
(Use only on last page)

$                    $

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **Casing Services & Equipment, Inc.** _____ .     Case No.  **10-36130-H1-11**
_____
                    **Debtor**                                                    **(If known)**

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | **Value - $15,300.00** | | | | | |
| | | | **2008 Chevrolet Silverado (P-97, SN: 2GCEK13C181253033, 52,385 Miles) Value - $16,800.00** | | | | | |
| | | | **2008 Chevrolet Silverado (P-98, SN: 2GCEK13C681110997, 75,613 Miles) Value - $14,750.00** | | | | | |
| | | | **2007 Dodge Hemi (T-91, SN: 3D6WH46D67G855998, 56,789 Miles) Value - $21000.00** | | | | | |
| | | | **VALUE $178,680.00** | | | | | |

Sheet no. _3_ of _5_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

$ 148,871.83   $        0.00

Total  ➤
(Use only on last page)

$               $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Casing Services & Equipment, Inc.** _____ .        Case No.  **10-36130-H1-11** _____
                                    **Debtor**                                                                 (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ...5006 | | | | | | | 184,723.99 | 0.00 |
| JPMorgan Chase Bank, N.A. c/o Mr. Bruce J. Ruzinsky Jackson Walker, L.L.P. 1401 McKinney Street, Suite 1900 Houston, TX 77010  JPMorgan Chase Bank, N.A. Collateral Management Small Business P.O. Box 33035 Louisville, KY 40232-9891  JPMorgan Chase Bank, N.A. Collateral Management Small Business P.O. Box 4660 Houston, TX 77210-9820  JPMorgan Chase Bank, N.A. c/o Mr. Steven VanKlompenberg, 201 N. Central Avenue, 17th Floor Mail Code AZ1-1025 Phoenix, AZ 85004 | | | **Security Agreement Business Line of Credit with lien against inventory, chattel paper, accounts receivable and general intangibles**  VALUE $0.00 | | | | | |
| ACCOUNT NO.   ...5446/7035/7064 | | | 12/16/2009 | | | X | 2,292.90 | 0.00 |
| OCE North America/ OCE Imagistics, Inc. P.O. Box 856193 Louisville, KY 40285  OCE North America/ OCE Imagistics, Inc. c/o RMS P.O. Box 523 Richfield, OH 44286 | | | **Lease Agreement Unexpired leases of 2 copier machines with maintenance contracts**  VALUE $0.00 | | | | | |

Sheet no. _4_ of _5_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| $ 187,016.89 | $ 0.00 |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Casing Services & Equipment, Inc.** _____ .    Case No.  **10-36130-H1-11**
                    Debtor                                                     (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ...2010/0109/109C/0401/etc<br><br>**Shanda, L.L.P.**<br>**13603 Pegasus Road**<br>**Cypress, TX 77429-5186** | | | **05/01/2010**<br>**Lease Agreement**<br>**Business space leases at 840 Aldine Bender, Houston, TX 77032 and 1000 Merritt, Elk City, OK 73644**<br><br>**VALUE $0.00** | | | | 44,401.50 | 44,401.50 |

Sheet no. <u>5</u> of <u>5</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $        44,401.50 | $        44,401.50 |
| $      439,392.15 | $        63,322.41 |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re  **Casing Services & Equipment, Inc.**                          Case No.  **10-36130-H1-11**
                                     Debtor                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ...3109<br><br>**Access Medical Center - Tricity**<br>**P.O. Box 891860**<br>**Oklahoma City, OK 73189** | | | 12/31/2009 | | | | 269.92 |
| ACCOUNT NO.   ...1210/9071/9499/1007<br><br>**AFLAC**<br>**1932 Wynnton Road**<br>**Columbus, GA 31999-1111** | | | 07/12/2010 | | | | 1,611.16 |
| ACCOUNT NO.   ...0162/1262/6270/0541/1837<br><br>**Airgas - HST U6833**<br>**P.O. Box 676031**<br>**Dallas, TX 75267-6031** | | | 11/30/2009 | | | | 253.17 |
| ACCOUNT NO.   ...4964/4613/9993<br><br>**Airgas - OK QTT31**<br>**P.O. Box 676015**<br>**Dallas, TX 75267** | | | 03/30/2010 | | | | 124.00 |

<u>17</u>  Continuation sheets attached

Subtotal ➢ $                2,258.25

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Casing Services & Equipment, Inc.**                                  Case No.  **10-36130-H1-11**
                                                  **Debtor**                                                              **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    ...3140/3542/2217/782D/892D <br><br>**Airgas - RTX WKU43** <br>**P.O. Box 676031** <br>**Dallas, TX 75267-6031** | | | 11/17/2009 | | | | 316.28 |
| ACCOUNT NO.    ...4779 <br><br>**Allis-Chalmers Tubular Service** <br>**251 Rousseau Road** <br>**Youngsville, LA 70592** | | | 09/29/2008 | | | | 1,250.00 |
| ACCOUNT NO.    ...1810/1710/1610 <br><br>**Blue Cross Blue Shield of Texas** <br>**P.O. Box 660049** <br>**Dallas, TX 75266-0049** | | | 05/18/2010 | | | | 16,325.37 |
| ACCOUNT NO.    ...9444/9522/9584/9686/0434 <br><br>**Bolts & Nuts Plus** <br>**P.O. Box 670606** <br>**Houston, TX 77267** | | | 04/20/2010 | | | | 151.19 |
| ACCOUNT NO.    ...6319 <br><br>**Bunker Steel Corporation** <br>**1225 North Loop West, Suite 770** <br>**Houston, TX 77008** | | | 03/30/2010 | | | | 676.56 |

Sheet no.  1  of 17 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                              **18,719.40**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Casing Services & Equipment, Inc.**                           Case No. **10-36130-H1-11**
                                    Debtor                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ...2210 <br> **Chase Card Services** <br> **P.O. Box 94014** <br> **Palatine, IL 60094-4014** | | | 01/22/2010 | | | | 10,240.17 |
| ACCOUNT NO.   ...110-2 <br> **CI Machine** <br> **15220 Yarberry** <br> **Houston, TX 77032** | | | 04/01/2010 | | | | 1,275.00 |
| ACCOUNT NO.   ...1463 <br> **Cintas First Aid & Safety - OK** <br> **45 N. E. 42nd** <br> **Oklahoma City, OK 73105** | | | 03/09/2009 | | | | 182.48 |
| ACCOUNT NO. <br> **Commerce and Industry Insurance Company** <br> **c/o Mr. Christopher J. Jameson, Attorney** <br> **3890 West Northwest Highway, Suite 600** <br> **Dallas, TX 75220** | | | Lawsuit re Audit Premium due for 7/1/07 - 7/1/08 | | | X | 246,686.12 |
| ACCOUNT NO.   ...9379 <br> **Connection Technology, LLC** <br> **1105 Peters Road** <br> **Harvey, LA 70058** | | | 03/26/2010 | | | | 253.70 |

Sheet no. <u>2</u> of <u>17</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 258,637.47

Total ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Casing Services & Equipment, Inc.**                              Case No. __10-36130-H1-11__
                                    **Debtor**                                                              **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ...5860/5861/5869/5870/6022/6 <br><br>**Davis-Lynch, Inc.**<br>**P.O. Box 262326**<br>**Houston, TX 77207** | | | 04/22/2009 | | | | **19,747.05** |
| ACCOUNT NO.   ...0409/409A/FEES <br><br>**Dell Business Credit**<br>**P.O. Box 5275**<br>**Carol Stream, IL 60197** | | | 04/20/2009 | | | | **6,154.72** |
| ACCOUNT NO.   ...4894 <br><br>**DepoTexas**<br>**13101 Northwest Freeway, Suite 210**<br>**Houston, TX 77040** | | | 01/07/2010 | | | | **417.89** |
| ACCOUNT NO.   ...0434 <br><br>**Devin Rental Tools, Inc.**<br>**P.O. Drawer 80859**<br>**Lafayette, LA 70598-0859** | | | 01/22/2009 | | | | **1,440.00** |
| ACCOUNT NO.   ...0709/708B/708 <br><br>**Dixie Cafe & Catering Service**<br>**2219 Perryton Parkway**<br>**Pampa, TX 79065** | | | 02/07/2009 | | | | **2,119.67** |

Sheet no. _3_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $ |                **29,879.33**

Total  ➢  $ |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Casing Services & Equipment, Inc.**                     Case No.  **10-36130-H1-11**
                                    Debtor                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ...7597<br>DXP-Safey International<br>P.O. Box 201791<br>Dallas, TX 75320-1791 | | | 07/01/2010 | | | | 111.77 |
| ACCOUNT NO.   ...8985/1725<br>E.M. Blue's Son's, Inc.<br>P.O. Box 9521<br>Houston, TX 77261 | | | 10/28/2009 | | | | 583.99 |
| ACCOUNT NO.   ...4794/4805<br>Eckel Manufacturing Co.<br>P.O. Box 1375<br>Odessa, TX 79760 | | | 06/28/2010 | | | | 115.16 |
| ACCOUNT NO.   ...9140<br>Edwards Wire and Rope<br>P.O. Box 75149<br>Oklahoma City, OK 73147 | | | 05/12/2010 | | | | 2,310.50 |

Sheet no.  4 of 17 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ›  $                    **3,121.42**

Total  ›  $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Casing Services & Equipment, Inc.**  Case No. **10-36130-H1-11**
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | X | X | X | **Unknown** |
| **Estate of Thomas Ray Tubbs, Sr.** **c/o Mr. William Daniel Elsom** **Elsom & Murphy, L.L.P.** **1800 Bering, suite 825** **Houston, TX 77057** **Estate of Thomas Ray Tubbs, Sr.** **c/o Mr. Jeffrey W. Steidley** **Attorney at Law** **3000 Weslayan Street, Suite 200** **Houston, TX 77027-5741** | | | **Lawsuit** | | | | |
| ACCOUNT NO.　**...001 E** | | | | | | | **2,430.60** |
| **EWRC, Inc.** **P.O. Box 75149** **Oklahoma City, OK 73147-5149** | | | | | | | |
| ACCOUNT NO.　**...010B** | | | **01/17/2009** | | | | **2,456.25** |
| **Express Energy Services** **P.O. Box 975401** **Dallas, TX 75397-5401** | | | | | | | |
| ACCOUNT NO.　**...7572** | | | **04/15/2010** | | | | **564.29** |
| **Forum Oilfield Tech US, Inc.** **P.O. Box 4346** **Houston, TX 77210-4346** | | | | | | | |

Sheet no. _5_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ＞  $　**5,451.14**

Total  ＞  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Casing Services & Equipment, Inc.**                          Case No.  **10-36130-H1-11**
                                    Debtor                                             (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Fuelman** P.O. Box 105080 Atlanta, GA 30348-5080 | | | 07/12/2010 | | | | **16,144.50** |
| ACCOUNT NO.  **...1979** **Genuine Parts Company** P.O. Box 848033 Dallas, TX 75284-8033 | | | | | | | **202.54** |
| ACCOUNT NO.  **...2612** **Gill Services, Inc.** 650 Aldine Bender Houston, TX 77060 | | | 05/17/2010 | | | | **105.65** |
| ACCOUNT NO.  **Glen Rose Medical** P.O. Box 2099 Glen Rose, TX 76043 | | | 03/03/2009 | | | | **359.70** |
| ACCOUNT NO.  **Great Plains Regional Medical Center** P.O. Box 2339 Elk City, OK 73644 | | | 06/11/2008 | | | | **120.00** |

Sheet no.  6 of 17 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ＞  $                **16,932.39**

Total  ＞  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Casing Services & Equipment, Inc.**                    Case No.  **10-36130-H1-11**
                                    Debtor                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ...89-01/94-01 <br><br> **Groves Industrial** <br> **7301 Pinemont Drive** <br> **Houston, TX 77040** | | | 04/07/2010 | | | | 831.37 |
| ACCOUNT NO. ...5483 <br><br> **Holloway - Houston** <br> **5833 Armour Drive** <br> **Houston, TX 77020** | | | 12/03/2009 | | | | 787.50 |
| ACCOUNT NO. ...6737 <br><br> **Holloway Drilling Equipment** <br> **P.O. Box 157** <br> **Broussard, LA 70518** | | | 04/13/2010 | | | | 170.42 |
| ACCOUNT NO. ...8023/0213/1401/4108 <br><br> **Hydradyne Hydraulics, LLC** <br> **P.O. Box 974799** <br> **Dallas, TX 75397** | | | 04/28/2010 | | | | 239.87 |
| ACCOUNT NO. ...8972/9738 <br><br> **Industrial Specialties** <br> **P.O. Box 269049** <br> **Oklahoma City, OK 73126** | | | 05/18/2010 | | | | 547.75 |

Sheet no. 7 of 17 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $                **2,576.91**

Total ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Casing Services & Equipment, Inc.**                          Case No.  **10-36130-H1-11**
                                    Debtor                                                  (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Janne Pridgeon**<br>**17439 Saddlebrush Trail**<br>**Houston, TX 77095** | | | | | | | **630.00** |
| ACCOUNT NO.   ...3910/4168/4186/4187/4188/4<br>**KGM Express, Inc.**<br>**P.O. Box 840471**<br>**Houston, TX 77284-0471** | | | 06/08/2010 | | | | **3,080.00** |
| ACCOUNT NO.   ...4539<br>**Knight Oil Tools**<br>**P.O. Box 53883**<br>**Lafayett, LA 70505-3883** | | | 07/08/2010 | | | | **440.00** |
| ACCOUNT NO.   ...3988/6362<br>**L&R Tire (Truck Stop)**<br>**P.O. Box 1127**<br>**Elk City, OK 73648** | | | 03/11/2010 | | | | 884.17 |
| ACCOUNT NO.   ...645B/7082<br>**L. Klein and Company, P.C.**<br>**1427 Keefer Road**<br>**Tomball, TX 77375** | | | 10/31/2009 | | | | 18,125.00 |

Sheet no.  8 of 17 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $              **23,159.17**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Casing Services & Equipment, Inc.**                     Case No.   **10-36130-H1-11**
                                    **Debtor**                                                    **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Leonard Peters**<br>**Attorney at Law**<br>**425 Spring Street**<br>**Columbus, TX 78934-2459** | | | | | | | **2,395.05** |
| ACCOUNT NO.<br><br>**Mark A. Junell/**<br>**Sander & Junell, P.C.**<br>**3900 Essex Lane, Suite 390**<br>**Houston, TX 77027** | | | **Debtor's counsel in AIG lawsuit** | | | | **Unknown** |
| ACCOUNT NO.<br><br>**Mark A. Peyton**<br>**602 Casa Linda**<br>**Ennis, TX 75119** | | | **Potential liabiity from lawsuit re vehicle accident** | | | | **Unknown** |
| ACCOUNT NO.   ...4540/4800<br><br>**Martin Fluid Power**<br>**6130 Westview Drive**<br>**Houston, TX 77055** | | | **04/01/2010** | | | | **51.85** |
| ACCOUNT NO.   ...7281<br><br>**Masthead Hose & Supply**<br>**P.O. Box 861777**<br>**Orlando, FL 32886-1777** | | | **06/28/2010** | | | | **964.12** |

Sheet no. _9_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ **3,411.02**

Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Casing Services & Equipment, Inc.**                              Case No.   **10-36130-H1-11**
                                     **Debtor**                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ...7756/7922 <br><br> **McCauley Lumber Co.** <br> **626 Aldine Bender** <br> **Houston, TX 77060** | | | 06/04/2010 | | | | 40.20 |
| ACCOUNT NO.   ...6410/6741/6805/6909/7282/e <br><br> **Napa - OK** <br> **716 W. 3rd Street** <br> **Elk City, OK 73644** | | | 03/18/2010 | | | | 1,414.37 |
| ACCOUNT NO.   ...8458 <br><br> **North Houston Trailer & Truck Supply, Inc.** <br> **14429 Aldine Westfield** <br> **Houston, TX 77039** | | | 06/21/2010 | | | | 54.13 |
| ACCOUNT NO.   ...5628 <br><br> **OCE Financial Services** <br> **P.O. Box 41602** <br> **Philadelphia, PA 19101-1602** | | | 09/07/2009 | | | | 175.33 |
| ACCOUNT NO.   ...2634/2658/2813 <br><br> **Offshore Energy Services, Inc.** <br> **P.O. Box 53508** <br> **Lafayette, LA 70505** | | | 04/30/2010 | | | | 11,400.00 |

Sheet no. _10_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ≻  $       **13,084.03**

Total  ≻  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Casing Services & Equipment, Inc.**
                    Debtor

Case No.   **10-36130-H1-11**
                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ...349J<br>Oil Center Research of OK, LLC<br>P.O. Box 92615<br>Lafayette, LA 70509 | | | 09/15/2009 | | | | 800.00 |
| ACCOUNT NO. ...5619/5675<br>Oil Center Research of Texas, LLC<br>P.O. Box 92615<br>Lafayette, LA 70509 | | | 06/08/2010 | | | | 2,723.46 |
| ACCOUNT NO. ...2407<br>Parkview Hospital<br>P.O. Box 1030<br>Wheeler, TX 79096 | | | 03/12/2009 | | | | 577.81 |
| ACCOUNT NO. ...6569<br>PBA Supply, Inc.<br>P.O. Box 11316<br>Odessa, TX 79760 | | | 06/25/2010 | | | | 491.13 |
| ACCOUNT NO. ...0309<br>Pecan Creek Catering<br>604 N. Cook Street<br>Cordell, OK 73632 | | | 02/03/2009 | | | | 815.75 |

Sheet no. 11 of 17 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $ **5,408.15**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Casing Services & Equipment, Inc.**                          Case No.  **10-36130-H1-11**
                                    **Debtor**                                      (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | 09/04/2008 | | | X | Unknown |
| Phillip Jay Ruiz c/o Mr. Richard E. Ward Attorney at Law 1220 N. Main, Suite 303 Fort Worth, TX 76164 | | | Lawsuit re vehicle accident | | | | |
| ACCOUNT NO.        ...8120 | | | 05/12/2010 | | | | 273.60 |
| Pumpelly Oil Company, LLC P.O. Box 2059 Sulphur, LA 70664 | | | | | | | |
| ACCOUNT NO.        ...8898/9678/6040/6253 | | | 05/18/2010 | | | | 175.21 |
| Ram Products, Inc. P.O. Box 821159 Fort Worth, TX 76182-1159 | | | | | | | |
| ACCOUNT NO. | | | | X | X | X | Unknown |
| Shane Tubbs c/o Mr. William Daniel Elsom Elsom & Murphy, L.L.P. 1800 Bering, suite 825 Houston, TX 77057  Shane Tubbs 840 Aldine Bender Houston, TX 77032 | | | | | | | |

Sheet no.  12  of  17  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                  **448.81**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   __Casing Services & Equipment, Inc.__                          Case No.   __10-36130-H1-11__
                    Debtor                                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | X | X | X | Unknown |
| **Sharon Tubbs** <br> **c/o Mr. William Daniel Elsom** <br> **Elsom & Murphy, L.L.P.** <br> **1800 Bering, suite 825** <br> **Houston, TX 77057** <br><br> **Sharon Tubbs** <br> **840 Aldine Bender** <br> **Houston, TX 77032** | | | | | | | |
| ACCOUNT NO.   ...8183/2791 | | | | | | | 91,946.13 |
| **Shell (M) Commercial/Citi Oil** <br> **P.O. Box 9010** <br> **Des Moines, IA 50368-9010** <br><br><br> **Shell (M) Commercial/Citi Oil** <br> **c/o Pro Consulting Services, Inc.** <br> **P.O. Box 66768** <br> **Houston, TX 77266-6768** | | | | | | | |
| ACCOUNT NO.   ...4298/674-4 | | | 06/09/2010 | | | | 491.67 |
| **Sherwin-Williams** <br> **11316 North Freeway** <br> **Houston, TX 77037** | | | | | | | |
| ACCOUNT NO.   ...1755/3216 | | | 03/26/2010 | | | | 372.50 |
| **Steve's Diesel & Truck Service** <br> **P.O. Box 166** <br> **Elk City, OK 73648** | | | | | | | |

Sheet no. __13__ of __17__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ＞ $                                   **92,810.30**

Total  ＞ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Casing Services & Equipment, Inc.**

Debtor

Case No. **10-36130-H1-11**

(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ...1840 <br><br> **Strackbein Machine Co., Inc.** <br> **11959 Laurel Meadow Drive** <br> **Tomball, TX 77377** | | | 04/19/2010 | | | | 205.00 |
| ACCOUNT NO.  ...3210 <br><br> **Subelt Industrial Trucks** <br> **1617 Terre Colony Court** <br> **Dallas, TX 75212** | | | 04/30/2009 | | | | 527.52 |
| ACCOUNT NO.  ...4434/2040/7022 <br><br> **T&W Tire** <br> **P.O. Box 974474** <br> **Dallas, TX 75397** | | | 06/01/2010 | | | | 424.45 |
| ACCOUNT NO.  ...12F6/3856/4016 <br><br> **TAM International** <br> **P.O. Box 973935** <br> **Dallas, TX 75397** | | | 12/31/2008 | | | | 43,162.00 |
| ACCOUNT NO. <br><br> **TBS Factoring Service** <br> **P.O. Box 268827** <br> **Oklahoma City, OK 73126-6827** | | | | | | | 300.00 |

Sheet no. 14 of 17 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 44,618.97

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Casing Services & Equipment, Inc.**                    Case No.  **10-36130-H1-11**
                                  Debtor                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ...1128/1242/1354/1399/etc <br><br>**TC Die & Inserts** <br>**1014 Courtesy Road** <br>**Houston, TX 77032** | | | 01/26/2010 | | | | 6,933.23 |
| ACCOUNT NO. <br><br>**Teddy's Glass** <br>**515 N. Van Buren** <br>**Elk City, OK 73644** | | | | | | | 200.00 |
| ACCOUNT NO.   ...0110/0536/7461/4748/etc <br><br>**Teletrac, Inc.** <br>**P.O. Box 51341** <br>**Los Angeles, CA 90051-5641** | | | 11/01/2009 <br><br>**Unexpired leases (2) of tracking devices for trucks** | | | | 3,515.18 |
| ACCOUNT NO.   ...3748 <br><br>**TEQSYS, Inc.** <br>**7301 Burnet Road, Suite 102-515** <br>**Austin, TX 78757** | | | 05/19/2010 | | | | 705.79 |
| ACCOUNT NO.   ...481B <br><br>**TESCO Services, Inc.** <br>**P.O. Box 203408H** <br>**Houston, TX 77216-3408** | | | 11/19/2009 | | | | 1,500.00 |

Sheet no.  15  of  17  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $          **12,854.20**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>Casing Services & Equipment, Inc.</u>                               Case No.   <u>10-36130-H1-11</u>
                              **Debtor**                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.     ...6469<br><br>**The Ace USA<br>Two Riverway, Suite 900<br>Houston, TX 77056**<br><br><br>**The Ace USA<br>c/o RMS<br>P.O. Box 4647<br>Timonium, MD 21094-4647** | | | Deductible for general liability claim | | | X | 10,000.00 |
| ACCOUNT NO.<br><br>**Thomas Ray Tubbs, Jr.<br>c/o Mr. William Daniel Elsom<br>Elsom & Murphy, L.L.P.<br>1800 Bering, suite 825<br>Houston, TX 77057**<br><br>**Thomas Ray Tubbs, Jr.<br>840 Aldine Bender<br>Houston, TX 77032** | | | | X | X | X | Unknown |
| ACCOUNT NO.     ...1809/2009/998C/9975/etc<br><br>**Thompson & Knight, L.L.P.<br>333 Clay Street, Suite 3300<br>Houston, TX 77002-4499** | | | 05/18/2009 | | | X | 299,671.41 |
| ACCOUNT NO.     ...6970/7020<br><br>**TI Oilfield Tools, Inc.<br>13827 W. Hardy<br>Houston, TX 77060** | | | 06/15/2010 | | | | 91.38 |

Sheet no. <u>16</u> of <u>17</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $      309,762.79

Total  ➤  $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Casing Services & Equipment, Inc.**                          Case No.   10-36130-H1-11
                                     Debtor                                                      (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ...6076/6111/6112/6539/etc <br><br>**Tim's Trucking, LLC** <br>**P.O. Box 340** <br>**Elk City, OK 73648** | | | 06/23/2010 | | | | 2,348.60 |
| ACCOUNT NO.   ...08-TX/1017 <br><br>**UA Healthworks** <br>**P.O. Box 404974** <br>**Atlanta, GA 30384** | | | 03/19/2010 | | | | 180.00 |
| ACCOUNT NO.   ...2010/0109/0109C/0401/etc <br><br>**Vanarsdel Family Partnership** <br>**13603 Pegasus** <br>**Cypress, TX 77429** | | | 05/01/2010 | | | X | 79,999.13 |
| ACCOUNT NO.   ...1239 <br><br>**Waste Disposal Services** <br>**P.O. Box 1148** <br>**Lexington, OK 73051** | | | 09/23/2009 | | | | 180.00 |
| ACCOUNT NO.   ...0211 <br><br>**Western Marketing, Inc.** <br>**P.O. Box 147** <br>**Abilene, TX 79604** | | | | | | | 734.48 |

Sheet no.  17  of  17  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $ | 83,442.21

Total  ➢  $ | 926,575.96

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)